JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO Z MORENO, | Case No. 1:20-CV-00788-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 24, 2021 to June 23, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly

1

for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 27, 2021　　　　　PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
　　JONATHAN OMAR PENA
　　Attorneys for Plaintiff

Dated: April 27, 2021　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　Social Security Administration

By:　*/s/ Marcelo N. Illarmo*
　　Marcelo N. Illarmo
　　Special Assistant United States Attorney
　　Attorneys for Defendant
　　(*As authorized by email on April 27, 2021)

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file his Opening Brief is GRANTED. Plaintiff's Opening Brief shall be filed on or before June 23, 2021. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **April 28, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE