JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO Z MORENO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-CV-00788-BAM<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME AND ORDER** |

    Plaintiff moves for a 16-day extension of time from June 23, 2021 to July 9, 2021, to file Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly. Defendant's counsel has been contacted and Counsel has no objection to this request.

    This is Plaintiff's second request for an extension of time.  Good cause exists. Counsel for Plaintiff has four administrative hearings with the Office of Hearing Operations, one hearing before the US District Court, Eastern District of California, and two merit briefs due in US District Court.  The week of June 28, 2021, Counsel

1

has 14 administrative hearings and several merit briefs that have also been schedule as due that week. Counsel has also received a larger than usual volume of denials from the Appeals Council triggering the 65-day deadlines for review and filing in US District Court. In addition, Counsel's law firm has received several certified administrative records from the OGC on cases that had been stayed due to the pandemic.

      Therefore, Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                                Respectfully submitted,

Dated: June 18, 2021        PENA & BROMBERG, ATTORNEYS AT LAW

                                   By: */s/ Jonathan Omar Pena*
                                      JONATHAN OMAR PENA
                                      Attorneys for Plaintiff

Dated: June 21, 2021        PHILLIP A. TALBERT
                                      Acting United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                   By:  */s/    Marcelo N. Illarmo*
                                      Marcelo N. Illarmo
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      (*As authorized by email on June 21, 2021)

# **ORDER**

Having considered the unopposed motion, and good cause appearing, Plaintiff's request for a second extension of time to file his Opening Brief is GRANTED. Plaintiff's Opening Brief shall be filed on or before July 9, 2021. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **June 22, 2021**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE